William W. Palmer, Esq. (SBN 146404)
PALMER LAW GROUP, a PLC
8033 W. Sunset Blvd., No. 880
Hollywood, California 90046
Telephone: (310) 984-5074
Facsimile: (310) 491-0919
Email: wpalmer@palmercorp.com

Thomas Sasse
(*Pro Hac Vice* Pending)
oikon
Rechtsanwälte Steuerberater Baumann Sasse Werner + Partner mbB
Prinzregentenstr.
22 D-80538 München, Germany
Telephone: +49 89 23 23 73 60
Facsimile: +49 89 23 23 73 691
Email: thomas.sasse@oikon.law

*Attorneys for plaintiff Jan Peters*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN PETERS,<br><br>        Plaintiff,<br><br>    vs.<br><br>BETTY T. YEE, in her official capacity as Controller of the State of California,<br><br>        Defendant. | Case No.:  2:22-cv-00266-JAM-DB<br><br>ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY THOMAS SASSE *PRO HAC VICE* |

**ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY THOMAS SASSE *PRO HAC VICE***

The Court has reviewed the Plaintiffs' motion for admission of attorney Thomas Sasse *pro hac vice*. Upon consideration of that motion, the Court grants attorney Thomas Sasse *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated: January 13, 2023     /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE