William W. Palmer, Esq. (SBN 146404)
PALMER LAW GROUP, a PLC
8033 W. Sunset Blvd., No. 880
Hollywood, California 90046
Telephone: (310) 984-5074
Facsimile: (310) 491-0919
Email: wpalmer@palmercorp.com

*Attorneys for plaintiff Jan Peters*

Rob Bonta, Esq.
Attorney General of California
Anthony R. Hakl, Esq.
Supervising Deputy Attorney General
Jerry T. Yen, Esq. (SBN 247988)
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244
Telephone: (916) 210-7836
Facsimile: (916) 324-8835
Email: jerry.yen@doj.ca.gov

*Attorneys for defendant Malia M. Cohen, in her official capacity as California State Controller*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAN PETERS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MALIA M. COHEN, in her official capacity as Controller of the State of California,<br><br>　　　　Defendant. | Case No.: 2:22-cv-00266-JAM-DB<br><br>**STIPULATION AND ORDER DISPOSITIVE MOTION FILING DEADLINE**<br><br>(Hon. Judge John A. Mendez)<br><br>Action Filed: June 17, 2021<br>Trial Date:　 March 18, 2024 |

Plaintiff Jan Peters ("Plaintiff" or "Mr. Peters") and defendant Hon. Controller Malia M. Cohen ("Defendant" or "Controller"), in her official capacity as Controller of the State of California, by and through their counsel of record whose signatures appear below, jointly submit the following Stipulation to continue the dispositive motion filing deadline date set by the Court in its Scheduling Order dated April 6, 2023 (DKT No. 56).  Counsel for the parties are working very professionally together and met and conferred to discuss the following issues on September 14, 2023.  The Stipulation is made pursuant to Federal Rules of Civil Procedure Rules 6(b) and 16(b)(4) and Eastern District Civil Local Rule 144. Prior to filing this Stipulation, counsel complied with the Court's July 27, 2023 Order (DKT No. 59) and received authorization to proceed with the filing of the Stipulation and Order.

## I. BACKGROUND

Plaintiff and Defendant have completed discovery and the necessary depositions.  Counsel to the parties have met and conferred and discussed the issues of this case and believe that dispositive countermotions will narrow the issues or conclude the case.  However, the parties have not received all the deposition transcripts from the Court Reporters and require additional time for review.

## II. STIPULATION OF PARTIES TO CONTINUE THE PRE-TRIAL DATES BASED ON GOOD CAUSE

The parties stipulate and agree to a short continuance of the dispositive motion filing deadline date by fourteen (14) days.  The parties have been complying with the current dates and deadlines set forth in the Court's case schedule.  A short continuance of the dispositive motion filing deadline would serve to avoid any potential fees and costs, as well as waste of judicial resources and time.  To this end, the parties stipulate and propose a fourteen (14) day continuance of the dispositive motion filing deadline date as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Dispositive Motion Filing Deadline | September 29, 2023 | October 13, 2023 |

Federal Rules of Civil Procedure 6(b), 16(a) and 16(b)(4) give the Court broad discretion to regulate pre-trial matters, to manage its calendar, grant continuance of scheduling dates, and to direct the parties in a manner that expedites disposition of the action and facilitates settlement. As set forth herein, good cause exists for the Court to grant this continuance.

Dated: September 15, 2023          Respectfully submitted,


/s/ William W. Palmer
WILLIAM W. PALMER

**PALMER LAW GROUP, a PLC**

*Attorneys for plaintiff Jan Peters*


/s/ Jerry T. Yen
JERRY T. YEN
Deputy Attorney General

**OFFICE OF THE CALIFORNIA ATTORNEY GENERAL**

*Attorneys for defendant Malia M. Cohen, in her official capacity as California State Controller*

**ORDER**

Based on the foregoing Stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the dispositive motion filing deadline date be, and the same hereby is, revised as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| Dispositive Motion Filing Deadline | September 29, 2023 | **October 13, 2023** |

IT IS SO ORDERED

Dated:  September 20, 2023    /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE