ROB BONTA, State Bar No. 202668
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Supervising Deputy Attorney General
JERRY T. YEN, State Bar No. 247988
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendant Malia M. Cohen,
in her official capacity as California State
Controller*

William W. Palmer, Esq., State Bar No. 146404
Palmer Law Group, a PLC
8033 W. Sunset Blvd., No. 880
Hollywood, California 90046
Telephone: (310) 984-5074
Facsimile: (310) 491-0919
Email: wpalmer@palmercorp.com

*Attorneys for plaintiff Jan Peters*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAN PETERS,**<br><br>                              Plaintiff,<br><br>v.<br><br>**MALIA M. COHEN, in her official capacity as Controller of the State of California,**<br><br>                              Defendant. | Case No. 2:22-cv-00266-JAM-DB<br><br>**STIPULATION AND ORDER REGARDING FINAL PRETRIAL CONFERENCE AND TRIAL DATES**<br><br>Judge:            Hon. Judge John A. Mendez<br>Action Filed:  June 17, 2021<br>Trial Date:     March 18, 2024 |

///

///

///

1

Pursuant to Federal Rules of Civil Procedure Rule 16 and Local Rule 143, and subject to the Court's approval, Plaintiff and Defendant (collectively, the "Parties") jointly request to vacate the dates for the Final Pretrial Conference and Trial, currently set for January 30, 2024, and March 18, 2024, respectively (Dkt. Nos. 56 and 66). Counsel complied with the Court's July 27, 2023 Order (Dkt. No. 59) and contacted the Court's Courtroom Deputy prior to filing this stipulation and proposed order.

The Parties submitted cross-motions for summary judgment (Dkt. Nos. 63 and 64) and, pursuant to the Court's order, the cross-motions were submitted without appearance and without oral argument. (Dkt. No. 71). The Parties believe that the Court's ruling on the cross-motions for summary judgment will likely resolve the case. Accordingly, in the interest of conserving resources, the Parties stipulate, agree, and request that the Final Pretrial Conference and Trial dates be vacated pending the Court's ruling on the cross-motions for summary judgment.

Dated:  January 10, 2024                               Respectfully submitted,

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General


/s/ Jerry T. Yen

JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendant Malia M. Cohen, in her official capacity as California State Controller*


PALMER LAW GROUP, a PLC

/s/ William W. Palmer
WILLIAM W. PALMER
*Attorneys for plaintiff Jan Peters*

**ORDER**

Pursuant to stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the January 30, 2024 Final Pretrial Conference and March 18, 2024 trial are **VACATED**.

IT IS SO ORDERED.

Dated: January 10, 2024         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE