# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**JAN PETERS,**

CASE NO: **2:22–CV–00266–JAM–DB**

v.

**BETTY T. YEE,**

_____

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 2/15/2024**

**Keith Holland**
Clerk of Court

ENTERED:  **February 15, 2024**

by: _/s/  L. Mena–Sanchez_____
Deputy Clerk